UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMICHAI ZWEIBACH,<br><br>        Plaintiff,<br><br>   -against-<br><br>2211 THIRD AVENUE MAZAL HOLDINGS, LLC ,<br><br>        Defendant. | Case No. 1:22-cv-07031 (JLR)<br><br>**<u>ORDER TO SHOW CAUSE</u>** |

JENNIFER L. ROCHON, United States District Judge:

   Plaintiff commenced this action on August 17, 2022.  ECF No. 1 ("Complaint").  Plaintiff asserts that jurisdiction in this Court is proper by reason of diversity of citizenship, pursuant to 28 U.S.C. § 1332.  *See id*. ¶ 6.  Plaintiff alleges that he is a citizen of Israel.  *Id.* ¶ 1.  Plaintiff alleges that the only remaining Defendant, 2211 Third Avenue Mazal Holdings, LLC, "is a Delaware corporation with a principal place of business at 3 East 54th Street, 15th Floor, New York, NY 10022."  *Id.* ¶ 2.

   For purposes of diversity jurisdiction, a limited liability company is deemed to be a citizen of each state in which its members are citizens.  *See Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000).  The place of incorporation and principal place of business of a limited liability company is not relevant to determining citizenship for diversity jurisdiction.  *See Mackason v. Diamond Fin. LLC*, 347 F. Supp. 2d 53, 55 (S.D.N.Y. 2004) (allegations of a limited liability company's "principal places of business are irrelevant to diversity analysis").  In the present case, Plaintiff has not alleged the citizenship of the members of Defendant, an alleged limited liability company.

   Accordingly, IT IS HEREBY ORDERED that by the **November 15, 2022** initial pretrial conference, Plaintiff shall submit evidence of the citizenship of each of Defendant's members.  If

Plaintiff is unable to allege a good-faith basis for complete diversity of citizenship, the action may be dismissed for lack of subject-matter jurisdiction.

Additionally, as the parties requested in their November 11, 2022 letter, IT IS FURTHER ORDERED that the initial pretrial conference scheduled for November 15, 2022 will be held via video conference. The parties shall file a joint letter, pursuant to the Court's Individual Rule 2.B., in advance of the remote conference. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | USA Caller Paid/International Toll: 404-443-6397 | Access Code: 5583342.

Dated: November 11, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge