# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**　　　　　November 28, 2022　　　　　ADMITTED IN
michael@thesamuellawfirm.com　　　　　　　　　　　　　　　　NY

**Via ECF**

The Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application GRANTED. The conference previously scheduled for November 29, 2022 shall be adjourned to **December 13, 2022** at 12:00 p.m. The parties shall file evidence of the basis for diversity jurisdiction no later than **December 12, 2022.**
>
> SO ORDERED
>
> Dated: November 28, 2022
> New York, New York
>
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge

*Re: Amichai Zweibach v. 2211 Third Avenue Mazal Holdings, LLC*
*Case No. 1-22-cv-07031 (JLR)*

Dear Judge Rochon:

      We represent Plaintiff in the above-captioned matter and write jointly with the consent of Defendant pursuant to Your Honor's order dated November 14, 2022 (ECF 21), in advance of tomorrow's conference. The parties respectfully request a two-week adjournment of tomorrow's conference in order to continue gathering citizenship information relating to the members of the defendant, 2211 Third Avenue Mazal Holdings, LLC ("2211 LLC"), for the reasons cited below.

      Pursuant to Your Honor's recent instruction, counsel have conferred regarding citizenship information with respect to the individual members of the defendant. There are ten individual members of 2211 LLC, with each such individual having listed an address outside the U.S. (in the State of Israel) in connection with their membership in 2211 LLC.

      All of these individuals are believed to be Israeli citizens, based on documents reviewed by counsel, however counsel anticipates needing additional time to confirm whether or not any of these individuals are also U.S. citizens.

      As stated previously this is a breach-of-contract action. The parties have had initial settlement discussions and plan to continue efforts to reach agreement on a full resolution of this matter, with Plaintiff anticipating a summary judgment motion promptly upon completion of discovery if settlement efforts fail.

We are available at the Court's convenience should the Court have any questions regarding the contents of this letter, or if the Court requires any additional information at this time.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

THE SAMUEL LAW FIRM

*Attorneys for Plaintiff*

Cc: Andrea J. Lawrence, Esq. (VIA e-mail)
Goetz Fitzpatrick LLP
One Penn Plaza – Suite 3100
New York, NY 10019
alawrence@goetzfitz.com

*Attorneys for Defendant*